UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
DEBORAH SHAW,

                                      Plaintiff,

vs.

GALCO MANAGEMENT, INC., FRESNO'S          Civil Action No.
HENRIETTA, INC., JOHN GAZDA, STEVE         02-CV-6579T(F)
KOKKONOS, and CHRIS TERRIGINO

                                      Defendants.
-----------------------------------------------------------

## STIPULATION OF DISMISSAL

      Plaintiff Deborah Shaw and Defendants, Galco Management Inc., Fresno's Henrietta, Inc., John Gazda, Steve Kokkonos, and Chris Terrigino, by their respective attorneys, hereby stipulate and agree to discontinue and dismiss the above-referenced action, with prejudice, and without costs for any party.

BOND, SCHOENECK & KING, PLLC             DOLIN, THOMAS & SOLOMON, LLP

By: _____           By: _____
      Thomas G. Eron                                         Patrick J. Solomon
Attorneys for Defendants                             Attorneys for Plaintiff
Office and P. O. Address                             Office and P. O. Address
One Lincoln Center                                       135 Corporate Woods
Syracuse, NY 13202                                       Rochester, NY 14623
Telephone: (315) 218-8647                        Telephone: (585) 272-0540

Dated: September 13, 2004                        Dated: September 1, 2004

SO ORDERED:

_____